**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**AT COVINGTON**
**CASE NO. 2:20-CV-00176-DLB**

**TEANNA J. POLONCZYK,**
            **PLAINTIFF**

**VS.**

**ANTHEM BLUECROSS AND BLUESHIELD *ET AL.*,**

            **DEFENDANTS**

---

**AGREED ORDER OF DISMISSAL WITH PREJUDICE AS TO CITIBANK
DEFENDANTS ONLY**

---

Citibank Defendants having filed a Motion to Dismiss [Doc #: 27], the parties being in agreement, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Plaintiff's claims asserted in this case against Citigroup Inc., Citibank, N.A., Plans Administration Committee of Citigroup Inc., and Citigroup Health Benefit Plan (together "Citibank Defendants") shall be dismissed with prejudice. This dismissal shall not in any way prejudice or resolve any factual allegations or legal claims that have or may be asserted by Plaintiff against Anthem in this case, all of which are expressly reserved. Nor does this Order resolve any of the factual allegations or legal claims under Title VII and the Kentucky Civil Rights Act that have been or may be asserted against Citigroup Inc. and Citibank, N.A.in the action pending in the United States District Court, Eastern District of Kentucky, Northern Division, Case Number 2:21-cv-00059, all of which are expressly reserved.

Dated this ___ day of July, 2021.

 

 

_____
**Candace J. Smith**
**United States Magistrate Judge**

Have seen and agreed:

| | |
|---|---|
| ***/s/  Aaron M. Beck*** | ***/s/ Jennifer Orr Mitchell*** |
| Michael J. O'Hara, Esq. | Jennifer Orr Mitchell (Ky Bar #89010) |
| Aaron M. Beck, Esq. | Dinsmore & Shohl LLP |
| O'HARA, TAYLOR, SLOAN & CASSIDY | 255 East Fifth Street, Suite 1900 |
| 25 Town Center Boulevard | Cincinnati, OH 45202 |
| Suite 201 | Tel: 513-977-8200 |
| Covington, KY  41017 | Fax: 513-977-8141 |
| 859-331-2000 | E-mail: jennifer.mitchell@dinsmore.com |
| 859-578-3365 – Fax | |
| mohara@oharataylor.com | *Counsel for Citigroup Inc., Citibank, N.A.* |
| aaronbeck@oharataylor.com | *Plans Administration Committee of* |
| | *Citigroup Inc., and Citigroup Health Benefit* |
| *Counsel for Plaintiff, Teeanna J. Polonczyk* | *Plan* |