UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 20-176-DLB-EBA

TEENA J. POLONCZYK                                                     PLAINTIFF

v.                                     **JUDGMENT**

ANTHEM BLUECROSS AND BLUESHIELD, et al.            DEFENDANTS

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to the Memorandum Opinion and Order entered contemporaneously herewith, and the Court being otherwise sufficiently advised,

**IT IS ORDERED and ADJUDGED** as follows:

(1)    Defendants' Motion to Dismiss (Doc. # 26) is **GRANTED**;

(2)    Plaintiff's Complaint (Doc. # 1) is **DISMISSED WITH PREJUDICE**; and

(3)    This matter is **STRICKEN** from the Court's active docket.

This is a **FINAL and APPEALABLE** Order and no just cause for delay exists.

This 23rd day of February, 2022.



Signed By:
*David L. Bunning*  DB
United States District Judge

M:\DATA\ORDERS\Cov2020\20-176 Judgment.docx