UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | | |
|---|---|---|
| **TEEANNA J. POLONCZYK** | :: | **CASE NO. 2:20-cv-00176** |
| **Plaintiff,** | :: | **Judge David L. Bunning** |
| | :: | |
| vs. | | |
| | :: | |
| **ANTHEM BLUECROSS AND BLUESHIELD, et al.** | | |
| | :: | |
| **Defendants.** | | |
| | :: | |

**PLAINTIFF'S NOTICE OF APPEAL**

Comes the Plaintiff, TeeAnna J. Polonczyk, by counsel, in the above captioned case and hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum Opinion and Order entered February 23, 2022, (Doc. 44) granting the Motion of Defendants Anthem Bluecross and Blueshield and Anthem UM Services, Inc. to Dismiss (Doc. 26) on all claims asserted by Plaintiff against all remaining Defendants and dismissing all such claims with prejudice. Plaintiff TeeAnna J. Polonczyk further appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in the above captioned case on February 23, 2022, (Doc. 45) in favor of all remaining Defendants dismissing all claims asserted by Plaintiff with prejudice.  This appeal is being taken as to Defendant Anthem Blue Cross and Blue Shield, Defendant

Anthem Health Plans of Kentucky, Inc., and Defendant Anthem UM Services, Inc.

Respectfully submitted,

/s/ Aaron M. Beck
Michael Jay O'Hara (0052530)
Aaron M. Beck (0091496)
O'Hara, Taylor, Sloan,
Cassidy, Beck PLLC.
25 Town Center Blvd. Ste. 201
Covington, KY 41017
859-331-2000
mohara@oharataylor.com
aaronbeck@oharataylor.com
Counsel for Plaintiff

**Certificate of Service**

I hereby certify that a copy of the foregoing was filed and served electronically this 22 day of March, 2022, through the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Aaron M. Beck
Counsel for Plaintiff